Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Telephone: (323) 306-4234
Facsimile: (866) 633-0228

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL MELILI, Individually and On Behalf Of All Others Similarly Situated, Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS OPERATING, LLC D/B/A SPECTRUM, <br> Defendant. | Case No. <br><br> 2:23-cv-00282 SPG JPR <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.


///

Stipulation to Dismiss- 1

Respectfully submitted this 10th Day of October, 2024,

**Law Offices of Todd M. Friedman P.C**
By: <u>s/Adrian R. Bacon</u>
ADRIAN R. BACON Esq
Attorney for Plaintiff

<u>**THOMPSON COBURN LLP**</u>

By:<u>/s/ Lukas Sosnicki</u>

LUKAS SOSNICKI

Attorneys for Defendant

CHARTER COMMUNICATIONS, INC.

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: October 10, 2024    **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  <u>s/ Adrian R. Bacon</u>
Adrian R. Bacon ESQ.
Attorney for Plaintiff

Filed electronically on this 10th Day of October, 2024, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 10th Day of October, 2024.
s/Adrian R. Bacon
ADRIAN R. BACON