UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-00282-SPG-JPR | Date | October 23, 2024 |
| Title | Gil Melili v. Charter Communications Operating, LLC | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL

Plaintiff Gil Melili and Defendant Charter Communications Operating, LLC filed a joint stipulation of dismissal, (ECF No. 38), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 38-1) as moot, and all pending dates are vacated and taken off calendar.

                                                                                                                                           :

Initials of Preparer    pg